AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

VIVIAN AND LEONARD JUDELSON, as Trustees of the VIVIAN JUDELSON REVOCABLE TRUST DATED 10/9/95, and VIVIAN S. JUDELSON CONTRIBUTORY IRA, Individually and On Behalf of All Others Similarly Situated,

V.

TARRAGON CORPORATION, WILLIAM S. FRIEDMAN, ROBERT P. ROTHENBERG and ERIN D. PICKENS,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**07 CIV 7972**

**JUDGE CASTEL**

TO: (Name and address of Defendant)

Tarragon Corp.
423 West 55th Street, 12th Floor
New York, NY 10019

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON    SEP 1 1 2007

CLERK  /s/ Marcos Quintero    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 9-19-07 @ 12:20pm |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Daniel DiCarlo | Process Server |

*Check one box below to indicate appropriate method of service*

- ☐ Served personally upon the defendant. Place where  423 W. 55th St., Ny Ny 10019
  with Nancy Miller - Vice President

- ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were _____

- ☐ Returned _____

- ☐ Other _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-21-07
            Date

Signature of Server

Daniel DiCarlo #826649

LOWER LEVEL
858 MERRICK AVE.
EAST MEADOW, N.Y. 11554

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.