(ASTEL, S.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VIVIAN AND LEONARD JUDELSON, as
Trustees of the VIVIAN JUDELSON
REVOCABLE TRUST DATED 10/9/95, and
VIVIAN S. JUDELSON CONTRIBUTORY IRA,
Individually and On Behalf of All Others Similarly
Situated,

          Plaintiffs,

          v.

TARRAGON CORPORATION, WILLIAM S.
FRIEDMAN, ROBERT P. ROTHENBERG, and
ERIN D. PICKENS,

          Defendants.
------------------------------------------------------------X

Case No. 07 Civ 7972 (PKC)  PKC

STIPULATION AND [PROPOSED]
ORDER EXTENDING TIME TO
RESPOND TO COMPLAINT

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the respective parties as follows:

1. Upon the issuance of an order of the Court appointing a lead plaintiff (or lead plaintiffs) in the above-captioned action, the lead plaintiff(s) shall file and serve an amended consolidated complaint within forty-five (45) days of the entry of such order;

2. The defendant Tarragon Corporation shall move, answer or otherwise respond to the amended consolidated complaint within forty-five (45) days after receipt of service of the above-mentioned amended consolidated complaint;

3. In the event that defendant Tarragon Corporation files and serves a motion directed at the amended consolidated complaint, the lead plaintiff(s) shall file and serve opposition papers to the defendant's motion within forty-five (45) days after receipt of service of such motion; and

*[handwritten annotation:] provided that nothing herein exempts any party from the pre-motion conference requirement*

PKC

4.  In the event that the lead plaintiff(s) files and serves opposition papers to the defendant's motion, defendant Tarragon Corporation shall file and serve its reply papers within thirty (30) days after receipt of service of the lead plaintiff's opposition papers.

By executing this Stipulation, the parties have not waived and expressly retain all claims, defenses and arguments, whether procedural substantive or otherwise, and this Stipulation is without prejudice to any subsequent motion to stay this action. This Order is entered without prejudice to the rights of any party to apply for a modification of this Order for good cause.

STIPULATED AND AGREED:

Dated: New York, New York
       October 8, 2007

JONES DAY

By: _____
Jayant W. Tambe (JT-0118)
William J. Hine (WH-6766)
222 East 41st Street
New York, NY 10017
(212) 326-3939

*Attorneys for Tarragon Corporation*

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD

By: _____
Samuel H. Rudman
David A. Rosenfeld
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
DARREN J. ROBBINS
DAVID C. WALTON
CATHERINE J. KOWALEWSKI
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058

*Attorneys for Plaintiffs*

SO ORDERED:

_____
U.S.D.J.

NY1-4029321v3

10-9-07

- 3 -