| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| Samuel H. Rudman, Esq.<br>Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone No: 631-367-7100   FAX No: 631-367-1173 | |
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Southern District Of New York | |
| Plaintiff: Vivian and Leonard Judelson, et al. | |
| Defendant: Tarragon Corporation | |

| **AFFIDAVIT OF SERVICE**<br>**Summons/Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CIV7972 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint

3. a. Party served:     Robert P. Rothenberg
   b. Person served:    party in item 3a

4. Address where the party was served:     122 Oak Street
                                            Woodmere, NY 11598

5. I served the party:
   b. **by substituted service.** On: Wed., Oct. 10, 2007 at: 6:48PM by leaving the copies with or in the presence of:
   Helene Rothenberg, wife/co-occupant
   (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. **Person Who Served Papers:**
   a. Jeffrey Thaler
   b. **Class Action Research &**
      Litigation Support Services, Inc.
      P O Box 740
      Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

   *Fee for Service:*
   I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

   October 15, 2007    _____
   (Date)              (Signature)

8. **SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.**

My Commission Expires _____

ALIZA ROSHAN
NOTARY PUBLIC-STATE OF NEW YORK
NO. 01RO6030066
QUALIFIED IN NASSAU COUNTY
COMM. EXPIRES SEPTEMBER 7, 2009

AFFIDAVIT OF SERVICE
Summons/Complaint           (Notary Public)

sarud.101464

OCT 22 2007

| Attorney or Party without Attorney: <br> Samuel H. Rudman, Esq. <br> Coughlin Stoia Geller Rudman & Robbins LLP <br> 58 South Service Road, Suite 200 <br> Melville, NY 11747 <br> Telephone No: 631-367-7100   FAX No: 631-367-1173 | For Court Use Only |
|---|---|
| Ref. No or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court - Southern District Of New York | |
| Plaintiff: Vivian and Leonard Judelson, et al. | |
| Defendant: Tarragon Corporation | |

| **PROOF OF SERVICE** <br> **By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 07CIV7972 |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons in a Civil Action; Class Action Complaint

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:          Thu., Oct. 11, 2007
   b. Place of Mailing:         Penryn, CA 95663
   c. Addressed as follows:     Robert P. Rothenberg
                                122 Oak Street
                                Woodmere, NY 11598

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu., Oct. 11, 2007 in the ordinary course of business.

5. Person Serving:
   a. Janis Dingman
   b. Class Action Research & Litigation Support Services, Inc.
      P O Box 740
      Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee* for Service was:
   e. I am: (3) registered California process server
      (i)   Employee
      (ii)  Registration No.:   2005-27
      (iii) County:              Sacramento
      (iv)  Expiration Date:     Wed, Apr. 29, 2009

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Thu, Oct. 11, 2007

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
By Mail

(Janis Dingman)

sarud.101464