| Attorney or Party without Attorney: <br> Samuel H. Rudman, Esq. <br> Coughlin Stoia Geller Rudman <br> & Robbins LLP <br> 58 South Service Road, Suite 200 <br> Melville, NY 11747 <br> Telephone No: 631-367-7100    FAX No: 631-367-1173 | For Court Use Only |
|---|---|
| | Ref. No. or File No.: |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court - Southern District Of New York

Plaintiff: Vivian and Leonard Judelson, et al.
Defendant: Tarragon Corporation

| **AFFIDAVIT OF SERVICE** <br> Summons/Complaint | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 07CIV7972 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Class Action Complaint

3. a. Party served:                William S. Friedman
   b. Person served:               Party in item 3a

4. Address where the party was served:    320 Central Park West, Unit 18B
                                          New York, NY 10025

5. I served the party:
   b. **by substituted service.** On: Thu., Oct. 11, 2007 at: 9:50PM by leaving the copies with or in the presence of:
      Joseph Thompson, Concierge at Defendants Building
   (2) **(Home)** Person of suitable age and discretion. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Mon., Oct. 15, 2007 from: New York, NY

7. *Person Who Served Papers:*
   a. Michael Keating
   b. **Class Action Research &**
      Litigation Support Services, Inc.
      P O Box 740
      Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

*Fee for Service:*
I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

10/18/07
(Date)            (Signature)

William J. Pedersen
Notary Public, State of New York
No. 01-PE4997302
Qualified in New York County
Commission Expires June 1, 2010

8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.

   My Commission Expires  June 1, 2010
                          (Date)

                          AFFIDAVIT OF SERVICE                        (Notary Public)
                          Summons/Complaint                                             sarud.101465

OCT 22 2007

| Attorney or Party without Attorney:<br>Samuel H. Rudman, Esq.<br>Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone No: 631-367-7100    FAX: No: 631-367-1173 | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Southern District Of New York | | | | |
| Plaintiff: Vivian and Leonard Judelson, et al. | | | | |
| Defendant: Tarragon Corporation | | | | |
| **Affidavit of Reasonable Diligence** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CIV7972 |

1. I, Michael Keating, and any employee or independent contractors retained by Class Action Research & are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant William S. Friedman as follows:

2. Documents: Summons in a Civil Action; Class Action Complaint.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Thu | 10/11/07 | 9:50pm | Home | Address is a secured building with a concierge. I spoke with Joseph Thompson, the concierge, and advised that I had legal documents for Mr. Friedman. Mr. Thompson called the residence of the defendant and spoke with Mrs. Friedman. He advised her that someone was in the lobby to serve legal papers to William Friedman. She instructed him to accept the papers on his behalf. I then left the documents with the concierge per Mrs. Friedman's instructions. Attempt made by: Michael Keating. Attempt at: 320 Central Park West, Unit 18B New York NY 10025. |
| Thu | 10/11/07 | 9:50pm | Home | Substituted Service on: William S. Friedman Home - 320 Central Park West, Unit 18B New York, NY. 10025 by leaving a copy of the document(s) with: Joseph Thompson, Concierge at Defendants Building. Served by: Michael Keating |
| Mon | 10/15/07 | | | Mailed copy of Documents to: William S. Friedman |

3. Person Executing
   a. Michael Keating
   b. Class Action Research &
      Litigation Support Services, Inc.
      P O Box 740
      Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d.. **The Fee** for service was:
   I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

10/18/07
(Date)        (Signature)

4. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.
   My Commission Expires JUNE 1, 2010
   Date: Tue, Oct. 16, 2007        **Affidavit of Reasonable Diligence**        (Notary)
   Page: 1

William J. Pedersen 101465
Notary Public, State of New York
No. 01-PE4997302
Qualified in New York County
Commission Expires June 1, 2010

OCT 22 2007