UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
VIVIAN AND LEONARD JUDELSON, as
Trustees of the VIVIAN JUDELSON
REVOCABLE TRUST DATED 10/9/95, and
VIVIAN S. JUDELSON CONTRIBUTORY IRA,
Individually and On Behalf of All Others
Similarly Situated,

          Plaintiffs,

          v.

TARRAGON CORPORATION, WILLIAM S.
FRIEDMAN, ROBERT P. ROTHENBERG, and
ERIN D. PICKENS,

          Defendants.
------------------------------------------------------------ X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/07

Case No. 07 Civ 7972 (PKC)

**STIPULATION AND [PROPOSED]
ORDER EXTENDING TIME TO
RESPOND TO COMPLAINT**

      **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the respective parties as follows:

      1.     Upon the issuance of an order of the Court appointing a lead plaintiff (or lead plaintiffs) in the above-captioned action, the lead plaintiff(s) shall file and serve an amended consolidated complaint within forty-five (45) days of the entry of such order;

      2.     Defendants William S. Friedman, Robert P. Rothenberg, and Erin Davis Pickens (collectively, "the Individual Defendants") shall move, answer or otherwise respond to the amended consolidated complaint within forty-five (45) days after receipt of service of the above-mentioned amended consolidated complaint;

      3.     In the event that the Individual Defendants file and serve a motion(s) directed at the amended consolidated complaint, the lead plaintiff(s) shall file and serve opposition papers to

4012831v1

the Individual Defendants' motion(s) within forty-five (45) days after receipt of service of such motion; and

4.  In the event that the lead plaintiff(s) files and serves opposition papers to the Individual Defendants' motion(s), the Individual Defendants shall file and serve their reply papers within thirty (30) days after receipt of service of the lead plaintiff's opposition papers.

By executing this Stipulation, the parties have not waived and expressly retain all claims, defenses and arguments, whether procedural substantive or otherwise, and this Stipulation is without prejudice to any subsequent motion to stay this action. This Order is entered without prejudice to the rights of any party to apply for a modification of this Order for good cause.

STIPULATED AND AGREED:

Dated: New York, New York
       October 29, 2007

CURTIS, MALLET-PREVOST, COLT &
MOSLE LLP

By: _____
Eliot Lauer (EL-5590)
Theresea A. Foudy (TF-6268)
Daniel R. Marcus (DM-8785)
101 Park Avenue
New York, NY 10178
(212) 696-6000

*Attorneys for William S. Friedman, Robert P. Rothenberg and Erin Davis Pickens*

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP

By: _____
Samuel H. Rudman
David A. Rosenfeld
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100

- 2 -

4012831v1

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058

*Attorneys for Plaintiffs*

SO ORDERED:

_____
U.S.D.J.

10-30-07

4012831v1