

**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
Attorneys at Law

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/07
```

280 King of Prussia Road • Radnor, Pennsylvania 19087 • (610) 667-7706 • Fax: (610) 667-7056
2125 Oak Grove Road, Suite 120 • Walnut Creek, California 94598 • (925) 945-0200 • Fax: (925) 945-8792

Writer's Direct Dial: (610) 667-7706
E-Mail: iberg@sbclasslaw.com

# MEMO ENDORSED

November 13, 2007

<u>VIA FAX 212-805-7949</u>
<u>With Permission</u>

Hon. P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007

Re:   *Judelson et al. v. Tarragon Corporation et al.*
      Case No: 1:07-CV-07972-PKC

Dear Judge Castel:

My firm has been recently retained by investors who wish to make a motion for appointment as Lead Plaintiff in the above referenced actions. Pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") this motion must be made by any class member(s) who wish to seek appointment as Lead Plaintiff, whether or not they have previously filed a complaint, no later than 60 days from the publication of the first notice that was issued advising the public of the pendency of the actions. 15 U.S.C. §§ 78u-4(a)(3)(A) and (B). This notice was issued on September 11, 2007; accordingly, our clients must file their Lead Plaintiff motion no later than November 13, 2007 in order to timely file under the PSLRA.

Your Honors Individual Practices, however, state that "a pre-motion conference with the Court is required." Rule 2(A)(1). Because of the strict deadline imposed by the PSLRA, we respectfully request leave from complying with this practice so that we may file our Lead Plaintiff motion on November 13, 2007.

Respectfully submitted,

SCHIFFRIN & BARROWAY
TOPAZ & KESSLER, LLP

By: _____
     Ian D. Berg

IDB/lmb

*[Handwritten endorsement:]* Pre-motion conference requirement waived for any motion by any person for appointment as Lead Plaintiff. SO ORDERED. /s/ [Castel] USDJ 11-13-07