UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIVIAN AND LEONARD JUDELSON, as Trustees of the VIVIAN JUDELSON REVOCABLE TRUST DATED 10/9/95, et al., Individually and On Behalf of All Others Similarly Situated,<br><br>              Plaintiffs,<br><br>  vs.<br><br>TARRAGON CORPORATION, et al.,<br><br>             Defendants. | Civil Action No. 1:07-cv-07972-PKC<br><br><u>CLASS ACTION</u> |
| HENRY NELSON, Individually and On Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>  vs.<br><br>TARRAGON CORPORATION, et al.,<br><br>             Defendants. | Civil Action No. 1:07-cv-08438-PKC<br><br><u>CLASS ACTION</u> |

[Caption continued on following page.]

NOTICE OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF
AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL

| | | |
|---|---|---|
| PAUL BERGER, Individually and On Behalf of All Others Similarly Situated, | : | Civil Action No. 1:07-cv-08689-PKC |
| | : | |
| Plaintiff, | : | CLASS ACTION |
| | : | |
| vs. | : | |
| | : | |
| TARRAGON CORPORATION, et al., | : | |
| | : | |
| Defendants. | : | |

PLEASE TAKE NOTICE that class members Vivian and Leonard Judelson, as Trustees of the Vivian Judelson Revocable Trust Dated 10/9/95; Vivian Judelson, on behalf of the Vivian S. Judelson Contributory IRA; and Reginald Barnett (collectively, the "Judelson Group"), by their counsel, will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order (attached hereto as Exhibit A): (i) consolidating the Actions; (ii) appointing the Judelson Group as Lead Plaintiff; (iii) approving the Judelson Group's selection of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP to serve as Lead Counsel; and (iv) granting such other and further relief as the Court may deem just and proper. In support of this Motion, the Judelson Group submits herewith a Memorandum of Law and Declaration of Mario Alba, Jr. dated November 13, 2007.

DATED:  November 13, 2007            COUGHLIN STOIA GELLER
                                       RUDMAN & ROBBINS LLP


                                            /s/ *Mario Alba Jr.*
                                       MARIO ALBA, JR.

                                     SAMUEL H. RUDMAN
                                     DAVID A. ROSENFELD
                                     MARIO ALBA, JR.
                                     58 South Service Road, Suite 200
                                     Melville, NY  11747
                                     Telephone:  631/367-7100
                                     631/367-1173 (fax)

                                     [Proposed] Lead Counsel for Plaintiffs

- 1 -

## CERTIFICATE OF SERVICE

I, Mario Alba Jr., hereby certify that on November 13, 2007, I caused a true and correct copy of the attached:

> Notice of Motion for Consolidation, Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel;
>
> Memorandum in Support of the Motion of The Judelson Group for Consolidation, Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel; and
>
> Declaration of Mario Alba, Jr. in Support of the Motion of The Judelson Group for Consolidation, Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to all additional counsel on the attached service list.

/s/ *Mario Alba Jr.*
Mario Alba Jr.

TARRAGON

Service List - 11/9/2007    (07-0190)

Page 1 of 1

**Counsel For Defendant(s)**

| | |
|---|---|
| Eliot Lauer<br>Theresea A. Foudy<br>Daniel R. Marcus<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY  10178-0061<br>   212/696-6000<br>   212/697-1559 (Fax) | Jayant W. Tambe<br>William J. Hine<br>Jones Day<br>222 East 41st Street<br>New York, NY  10017<br>   212/326-3939<br>   212/755-7306 (Fax) |

**Counsel For Plaintiff(s)**

| | |
|---|---|
| Jeffrey S. Abraham<br>Abraham, Fruchter & Twersky<br>One Pennsylvania Plaza, Suite 2805<br>New York, NY  10119<br>   212/279-5050<br>   212/279-3655 (Fax) | Evan J. Smith<br>Brodsky & Smith, LLC<br>240 Mineola Blvd., 1st Floor<br>Mineola, NY  11501<br>   516/741-4977<br>   516/741-0626 (Fax) |
| Samuel H. Rudman<br>David A. Rosenfeld<br>Mario Alba, Jr.<br>Coughlin Stoia Geller Rudman & Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY  11747<br>   631/367-7100<br>   631/367-1173 (Fax) | Richard A. Maniskas<br>Schiffrin Barroway Topaz & Kessler, LLP<br>280 King of Prussia Road<br>Radnor, PA  19087<br>   610/667-7706<br>   610/667-7056 (Fax) |