UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIVIAN AND LEONARD JUDELSON, as Trustees of the VIVIAN JUDELSON REVOCABLE TRUST DATED 10/9/95, et al., Individually and On Behalf of All Others Similarly Situated,<br><br>               Plaintiffs,<br><br>vs.<br><br>TARRAGON CORPORATION, et al.,<br><br>               Defendants. | Civil Action No. 1:07-cv-07972-PKC<br><br><u>CLASS ACTION</u> |
| HENRY NELSON, Individually and On Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>vs.<br><br>TARRAGON CORPORATION, et al.,<br><br>               Defendants. | Civil Action No. 1:07-cv-08438-PKC<br><br><u>CLASS ACTION</u> |

[Caption continued on following page.]

[PROPOSED] ORDER CONSOLIDATING THE ACTIONS, APPOINTING LEAD
PLAINTIFF AND APPROVING SELECTION OF COUNSEL

|  |  |
|---|---|
| PAUL BERGER, Individually and On Behalf of All Others Similarly Situated, | Civil Action No. 1:07-cv-08689-PKC |
| Plaintiff, | <u>CLASS ACTION</u> |
| vs. |  |
| TARRAGON CORPORATION, et al., |  |
| Defendants. |  |

Having considered the motion of Vivian and Leonard Judelson, as Trustees of the Vivian Judelson Revocable Trust Dated 10/9/95; Vivian Judelson, on behalf of the Vivian S. Judelson Contributory IRA; and Reginald Barnett (collectively, the "Judelson Group") for Consolidation, Appointment As Lead Plaintiff And Approval Of Selection of Lead Counsel and the Memorandum of Law and Declaration of Mario Alba Jr., in support thereof, and good cause appearing therefor:

1. The Actions are hereby consolidated;

2. The Judelson Group is hereby appointed Lead Plaintiff for the Class pursuant to Section 21D of the Securities Exchange Act of 1934; and

3. The law firm of Coughlin Stoia Geller Rudman & Robbins LLP is hereby appointed Lead Counsel.

IT IS SO ORDERED.

DATED: _____

THE HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE

I:\Tarragon\LP Motion\LP Order.doc