UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIVIAN AND LEONARD JUDELSON, as Trustees of the VIVIAN JUDELSON REVOCABLE TRUST DATED 10/9/95, and VIVIAN S. JUDELSON CONTRIBUTORY IRA, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>  vs.<br><br>TARRAGON CORPORATION, WILLIAM S. FRIEDMAN, ROBERT P. ROTHENBERG and ERIN D. PICKENS,<br><br>      Defendants. | Electronically Filed<br><br>Civil Action No. 1:07-cv-07972<br><br>(ECF Case) |
| HENRY NELSON, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>  vs.<br><br>TARRAGON CORPORATION, WILLIAM S. FRIEDMAN, ROBERT P. ROTHENBERG and ERIN D. PICKENS,<br><br>      Defendants. | Civil Action No. 1:07-cv-08438-UA<br><br>(ECF Case) |

[Captions continued on next page]

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| PAUL BERGER, Individually and On Behalf of All Others Similarly Situated,<br><br>       Plaintiffs,<br><br>   vs.<br><br>TARRAGON CORPORATION, WILLIAM S. FRIEDMAN, ROBERT P. ROTHENBERG and ERIN D. PICKENS,<br><br>       Defendants. | Civil Action No. 1:07-cv-08689-PKC<br><br>(ECF Case) |

## CERTIFICATE OF SERVICE

I, Evan J. Smith, hereby certify that on November 13, 2007, the following documents were electronically filed with the Clerk of Court using the CM/ECF system and served on all on all counsel of record on the attached service list via transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. First Class Mail, postage prepaid.

    1.    Motion Of The Tarragon Investor Group To Consolidate Actions, To Be Appointed Lead Plaintiff And For Approval Of Lead Plaintiff's Selection Of Lead Counsel And Liaison Counsel;

    2.    Memorandum Of Law In Support Of The Motion Of The Tarragon Investor Group To Consolidate Actions, To Be Appointed Lead Plaintiff And For Approval Of Lead Plaintiff's Selection Of Lead Counsel And Liaison Counsel;

    3.    Declaration Of Evan J. Smith In Support Of The Motion Of The Tarragon Investor Group To Consolidate Actions, To Be Appointed Lead Plaintiff And For Approval Of Lead Plaintiff's Selection Of Lead Counsel And Liaison Counsel; and

    4.    [Proposed] Order Consolidating Actions, Appointing Lead Plaintiff And Approving Lead Plaintiff's Selection Of Lead Counsel And Liaison Counsel

> */s Evan J. Smith, Esquire (ES3254)*
> Evan J. Smith (ES3254)

**SERVICE LIST**

Attorneys for Plaintiffs:
Samuel Rudman
srudman@csgrr.com
COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 637-7100
Facsimile: (631) 367-1173
**VIA ECF**

Jeffrey S. Abraham
jabraham@aftlaw.com
ABRAHAM, FRUCHTER
  & TWERSKY, LLP
One Penn Plaza, Suite 2805
New York, NY 10119
Telephone: (212) 279-5050
Facsimile: (212) 279-3655
**VIA ECF**

Attorneys for Defendants:
Eliot Lauer
Theresa A. Foudy
Daniel R. Marcus
CURTIS, MALLET-PREVOST,
  COLT & MOSLE LLP
101 Park Ave.
New York, NY 10178
Telephone: (212) 696-6000
Facsimile: (212) 697-1559
**VIA FIRST CLASS MAIL**