UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| VIVIAN AND LEONARD JUDELSON, as Trustees of the VIVIAN JUDELSON REVOCABLE TRUST DATED 10/9/95, et al., Individually and On Behalf of All Others Similarly Situated, | : : : : : : | Civil Action No. 1:07-cv-07972-PKC  <br><br>CLASS ACTION |
| Plaintiffs, | : : : | |
| vs. | : : | |
| TARRAGON CORPORATION, et al., | : : : | |
| Defendants. | : : | |
| HENRY NELSON, Individually and On Behalf of All Others Similarly Situated, | : : : | Civil Action No. 1:07-cv-08438-PKC  <br><br>CLASS ACTION |
| Plaintiff, | : : : | |
| vs. | : : | |
| TARRAGON CORPORATION, et al., | : : : | |
| Defendants. | : : | |
| [Caption continued on following page.] | | |

DECLARATION OF MARIO ALBA, JR. IN SUPPORT OF THE MOTION OF THE
JUDELSON GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF,
AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL

|  |  |
|---|---|
| ─────────────────────────── x | |
| PAUL BERGER, Individually and On Behalf of All Others Similarly Situated, : | Civil Action No. 1:07-cv-08689-PKC |
| : | |
| : | <u>CLASS ACTION</u> |
| Plaintiff, : | |
| : | |
| vs. : | |
| : | |
| TARRAGON CORPORATION, et al., : | |
| : | |
| Defendants. : | |
| : | |
| ─────────────────────────── x | |

Mario Alba, Jr., declares, under penalty of perjury:

1. I am an associate of Coughlin Stoia Geller Rudman & Robbins LLP ("Coughlin Stoia"), one of plaintiff's counsel in the action entitled *Vivian and Leonard Judelson, as Trustees of the Vivian Judelson Revocable Trust Dated 10/9/95, et al., vs. Tarragon Corporation, et al.,* Civil Action No. 1:07-cv-07972-PKC (the "*Judelson* Action"). I submit this Declaration in support of the motion of Vivian and Leonard Judelson, as Trustees of the Vivian Judelson Revocable Trust Dated 10/9/95; Vivian Judelson, on behalf of the Vivian S. Judelson Contributory IRA; and Reginald Barnett (collectively, the "Judelson Group") for consolidation, appointment as Lead Plaintiffs and for approval of selection of Lead Counsel.

2. Attached hereto as Exhibit A is a true and accurate copy of the notice published by plaintiff in the *Judelson* Action on *Business Wire*, a national, business-oriented newswire service, on September 11, 2007.

3. Attached hereto as Exhibit B is a true and accurate copy of a loss chart presenting the transactions in the subject securities and summarizing the estimated collective losses of the Judelson Group at $25,654.15, in connection with its purchases of Tarragon Corporation securities.

4. Attached hereto as Exhibit C are the certifications of the members of the Judelson Group.

5. Attached hereto as Exhibit D is a true copy of the firm resume of Coughlin Stoia.

DATED: November 13, 2007

                                                /s/ *Mario Alba Jr.*
                                                MARIO ALBA, JR.

## CERTIFICATE OF SERVICE

I, Mario Alba Jr., hereby certify that on November 13, 2007, I caused a true and correct copy of the attached:

> Notice of Motion for Consolidation, Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel;
>
> Memorandum in Support of the Motion of The Judelson Group for Consolidation, Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel; and
>
> Declaration of Mario Alba, Jr. in Support of the Motion of The Judelson Group for Consolidation, Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to all additional counsel on the attached service list.

                                                                /s/ *Mario Alba Jr.*
                                                                  Mario Alba Jr.

TARRAGON

Service List - 11/9/2007    (07-0190)

Page 1 of 1

**Counsel For Defendant(s)**

Eliot Lauer
Theresea A. Foudy
Daniel R. Marcus
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY  10178-0061
  212/696-6000
  212/697-1559 (Fax)

Jayant W. Tambe
William J. Hine
Jones Day
222 East 41st Street
New York, NY  10017
  212/326-3939
  212/755-7306 (Fax)

**Counsel For Plaintiff(s)**

Jeffrey S. Abraham
Abraham, Fruchter & Twersky
One Pennsylvania Plaza, Suite 2805
New York, NY  10119
  212/279-5050
  212/279-3655 (Fax)

Evan J. Smith
Brodsky & Smith, LLC
240 Mineola Blvd., 1st Floor
Mineola, NY  11501
  516/741-4977
  516/741-0626 (Fax)

Samuel H. Rudman
David A. Rosenfeld
Mario Alba, Jr.
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
  631/367-7100
  631/367-1173 (Fax)

Richard A. Maniskas
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA  19087
  610/667-7706
  610/667-7056 (Fax)