BUS        Coughlin Stoia Geller Rudman & Robbins LLP Files Class Action
           Sep 11 2007   17:06


Suit Against Tarragon Corporation



SAN DIEGO--(BUSINESS WIRE)--September 11, 2007
Coughlin Stoia Geller Rudman & Robbins LLP ("Coughlin Stoia")
(http://www.csgrr.com/cases/tarragon/) today announced that a class
action has been commenced in the United States District Court for the
Southern District of New York on behalf of purchasers of Tarragon
Corporation ("Tarragon") (NASDAQ:TARR) common stock during the period
between January 5, 2005 and August 9, 2007 (the "Class Period").

   If you wish to serve as lead plaintiff, you must move the Court no
later than 60 days from today. If you wish to discuss this action or
have any questions concerning this notice or your rights or interests,
please contact plaintiff's counsel, Darren Robbins of Coughlin Stoia
at 800/449-4900 or 619/231-1058, or via e-mail at djr@csgrr.com. If
you are a member of this class, you can view a copy of the complaint
as filed or join this class action online at
http://www.csgrr.com/cases/tarragon/. Any member of the purported
class may move the Court to serve as lead plaintiff through counsel of
their choice, or may choose to do nothing and remain an absent class
member.

   The complaint charges Tarragon and certain of its officers and
directors with violations of the Securities Exchange Act of 1934.
Tarragon is a homebuilder and real estate developer.

   The complaint alleges that during the Class Period, defendants
issued materially false and misleading statements regarding the
Company's business and financial results. As a result of defendants'
false statements, Tarragon stock traded at artificially inflated
prices during the Class Period, reaching a high of $26.76 per share on
July 22, 2005.

   Then, on August 9, 2007, at noon Eastern Time, the Company issued
a press release announcing that the filing of its Form 10-Q for the
quarter ended June 30, 2007 would be delayed in order to provide
additional time for the Company to finalize its evaluation of property
impairment charges and other write-downs necessitated by its recent
decision to sell certain properties under current adverse market
conditions. The impairment charges were expected to be in excess of
$125 million. On this news, Tarragon's stock collapsed $1.88 per share
to close at $0.94 per share, a decline of 67% on volume of 18 million
shares.

BUS        Coughlin Stoia Geller Rudman & Robbins LLP Files Class Action
           Sep 11 2007  17:06

   According to the complaint, the true facts, which were known by the defendants but concealed from the investing public during the Class Period, were as follows: (a) the Company had failed to consolidate an unprofitable variable interest entity into its consolidated financial statements; (b) the Company had failed to properly account for its statement of cash flows by failing to properly classify its cash inflows and cash outflows as operating, investing and financing activities; (c) the Company had failed to timely take property impairment charges and other write downs; (d) due to the deterioration in the real estate credit markets, the Company was experiencing liquidity issues due to its inability to obtain loan modifications and additional financing and there was serious doubt about Tarragon's ability to continue as a going concern; (e) as the Company was experiencing a massive downturn in its business, Tarragon would not be able to remain in full compliance with all of its debt covenants; and (f) given the increased volatility in the homebuilding industry and the real estate credit markets, the Company had no reasonable basis to make projections about its 2007 results, and as a result, the Company's projections issued during the Class Period about its 2007 results were at a minimum reckless.

   Plaintiff seeks to recover damages on behalf of all purchasers of Tarragon common stock during the Class Period (the "Class"). The plaintiff is represented by Coughlin Stoia, which has expertise in prosecuting investor class actions and extensive experience in actions involving financial fraud.

   Coughlin Stoia, a 180-lawyer firm with offices in San Diego, San Francisco, Los Angeles, New York, Boca Raton, Washington, D.C., Houston and Philadelphia, is active in major litigations pending in federal and state courts throughout the United States and has taken a leading role in many important actions on behalf of defrauded investors, consumers, and companies, as well as victims of human rights violations. Coughlin Stoia lawyers have been responsible for more than $45 billion in aggregate recoveries. The Coughlin Stoia Web site (http://www.csgrr.com) has more information about the firm.

CONTACT:
Coughlin Stoia Geller Rudman & Robbins LLP
Darren Robbins, 800-449-4900 or 619-231-1058
djr@csgrr.com

-0- Sep/11/2007 21:06 GMT

Copyright (c) 2007