UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIVIAN AND LEONARD JUDELSON, as Trustees of the VIVIAN JUDELSON REVOCABLE TRUST DATED 10/9/95, and VIVIAN S. JUDELSON CONTRIBUTORY IRA, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> TARRAGON CORPORATION, WILLIAM S. FRIEDMAN, ROBERT P. ROTHENBERG and ERIN D. PICKENS, <br><br> Defendants. | DOCKET NUMBER: 07-7972-PKC <br><br> HON. P. KEVIN CASTEL |

(Caption continued on the following pages)

**[PROPOSED] ORDER CONSOLIDATING THE RELATED ACTIONS; APPOINTING LEAD PLAINTIFF; AND APPROVING PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL**

| | | |
|---|---|---|
| HENRY NELSON, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | DOCKET NUMBER: 07-8438-PKC |
| Plaintiff, | ) ) ) | HON. P. KEVIN CASTEL |
| vs. | ) ) ) | |
| TARRAGON CORPORATION, WILLIAM S. FRIEDMAN, ROBERT P. ROTHENBERG, and ERIN DAVIS PICKENS, | ) ) ) ) ) | |
| Defendants. | ) ) | |
| PAUL BERGER, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | DOCKET NUMBER: 07-8689-PKC |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | HON. P. KEVIN CASTEL |
| TARRAGON CORPORATION, WILLIAM S. FRIEDMAN, ROBERT P. ROTHENBERG and ERIN D. PICKENS, | ) ) ) ) | |
| Defendants. | ) ) | |

Having considered the motion of Pascual Rodriguez to consolidate all related cases, to be appointed Lead Plaintiff, and to approve proposed Lead Plaintiff's choice of counsel and the Memorandum of Law and Declaration of Kim E. Miller, in support thereof, and good cause appearing therefore:

1. The Actions are hereby consolidated;

2. Pascual Rodriguez is hereby appointed Lead Plaintiff for the Class pursuant to Section 21D of the Securities Exchange Act of 1934; and

3. The law firm of Kahn Gauthier Swick, LLC is hereby appointed Lead Counsel.

IT IS SO ORDERED.

DATED: _____

_____
THE HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE