# EXHIBIT A

# Brodsky & Smith, LLC

TWO BALA PLAZA, SUITE 602
BALA CYNWYD, PA 19004
PHONE: (610) 667-6200
FAX: (610) 667-9029



**Home**    **All Cases**    **Report a Fraud**    **Attorneys**    **Practice Areas**

Brodsky & Smith, LLC is a boutique litigation law firm with a national practice concentrating on class action matters. The firm was established in 1998 and represents individuals and businesses in various types of litigation matters including securities class action and shareholder derivative litigation, anti-trust litigation, civil rights litigation, complex commercial litigation, and catastrophic injury litigation. We are committed to providing outstanding client service. The firm has earned an excellent reputation for effective and efficient legal representation.

Our attorneys are licensed to practice in both state and federal court. Our attorneys are also routinely admitted to practice in other state and federal courts across the country to prosecute claims on behalf of our clients.

We are principally located just outside of Philadelphia, in Bala Cynwyd, Pennsylvania, and also have offices in Beverly Hills, California, Mineola, New York, and Cherry Hill, New Jersey.



Bala Cynwyd, PA Office

**Report a Fraud**

**Report a Civil Rights Discrimination**

**Class Action Lawsuits**

**Class Action Certification and Instructions**

**Useful Links**

### Recent Case Filings

**A Million Little Pieces**
(Settlement Information)

**Ryland Group, Inc.**
(Settlement Information)

**Luminent Mortgage Capital** (LUM)

**RAIT Financial Trust** (RAS)

**Greenfield Online, Inc** (SRVY)

**Threshold Pharmaceuticals** (THLD)

**Sterling Financial Corp.** (SLFI)

**Telik, Inc.** (TELK)

**Netlist, Inc.** (NLST)

**Xinhua Finance Media, Ltd.** (XFML)

**Optionable, Inc.** (OPBL)

More new cases

### Securities Class Action

**New Securities Cases**

**IPO Securities Litigation**

### Practice Areas

**Securities Class Action**

**Shareholder Derivative**

Report a Fraud

FAQ's

**About Us**

Attorneys

Our Offices

Litigation

Anti-trust Litigation

Civil Rights Litigation

Complex Commercial Litigation

Consumer Protection Litigation

ERISA Litigation

Personal Injury Litigation

Home  :  All cases  :  Report a Fraud

FAQ's  :  Attorneys  :  Practice Areas  :  Contact Us  :  Links  :  Disclaimer



# Brodsky & Smith, LLC

Two Bala Plaza, Suite 602
Bala Cynwyd, PA 19004
Phone: (610) 667-6200
Fax: (610) 667-9829

**Report a Fraud**

**Report a Civil
Rights Discrimination**

**Class Action
Lawsuits**

**Class Action
Certification and
Instructions**

**Useful Links**

**Home      All Cases      Report a Fraud      Attorneys      Practice Areas**

## OFFICES

Brodsky & Smith, LLC is principally located in Bala Cynwyd, PA. It also has offices in Cherry Hill, NJ, Mineola, NY and Beverly Hills, CA. Please feel free to contact us via telephone (toll free) 877.LEGAL.90 (877.534.2590), via email at clients@brodsky-smith.com, or via mail at any of the following addresses:

**Join a Case**

**Report a Fraud**

**Report a
Civil Rights
Discrimination**

### Brodsky & Smith, LLC

**Pennsylvania Office:**
Two Bala Plaza
Suite 602
Bala Cynwyd, PA 19004
ph: 610.667.6200
fax: 610.667.9029



**New Jersey Office:**
1040 Kings Highway N., Suite 601
Cherry Hill, NJ 08034
856-795-7250
856-795-1799 (fax)



**New York Office:**
240 Mineola Boulevard
First Floor
Mineola, NY 11501
ph: 516.741.4977
fax: 516.741.0626



**California Office:**
9595 Wilshire Boulevard
Suite 900
Beverly Hills, CA 90212
ph: 310.300.8425
fax: 310.247.0160



CALL TOLL FREE 877.LEGAL.90

**Home** : **All cases** : **Report a Fraud**

**FAQ's** : **Attorneys** : **Practice Areas** : **Contact Us** : **Links** : **Disclaimer**

# Brodsky & Smith, LLC



TWO BALA PLAZA, SUITE 602
BALA CYNWYD, PA 19004
PHONE: (610) 667-6200
FAX: (610) 667-9029

**Report a Fraud**

**Report a Civil
Rights Discrimination**

**Class Action
Lawsuits**

**Class Action
Certification and
Instructions**

**Useful Links**

**Home      All Cases      Report a Fraud      Attorneys      Practice Areas**

## ATTORNEYS

To view an attorney's profile, please click on one of the attorneys' names below.  You can email a specific attorney from their profile page.

Jason L. Brodsky | Evan J. Smith | Marc L. Ackerman | Steven S. Wang

**Join a Case**

**Report a Fraud**

**Report a
Civil Rights
Discrimination**

Home  :  All cases  :  Report a Fraud

FAQ's  :  Attorneys  :  Practice Areas  :  Contact Us  :  Links  :  Disclaimer

# EXHIBIT B

**SCHIFFRIN & BARROWAY, LLP**
Attorneys at Law

Three Bala Plaza East, Suite 400
Bala Cynwyd, Pennsylvania 19004
(610) 667-7706 • Fax: (610) 667-7056
www.sbclasslaw.com

RICHARD S. SCHIFFRIN*
ANDREW L. BARROWAY*
MARC A. TOPAZ*
DAVID KESSLER*
KRISHNA B. NARINE
KATHARINE M. RYAN
STUART L. BERMAN*
JACOB A. GOLDBERG

IAN D. BERG*
GREGORY M. CASTALDO*
EDWARD W. CHANG°□
DARREN J. CHECK*
EDWARD W. CIOLKO□
STEPHEN CONNOLLY
SEAN M. HANDLER
SCOTT K. JOHNSON*
CHAD E. KAUFFMAN*
MAX G. KRAMER*
RICHARD A. MANISKAS
STEPHEN P. MCFATE
JOSEPH H. MELTZER*
TOBIAS L. MILLROOD*

CHRISTOPHER L. NELSON
KAREN E. REILLY* ° ▲ ×
KAY E. SICKLES*
SANDRA G. SMITH
BENJAMIN J. SWEET
MARC D. WEINBERG*
PATRICIA C. WEISER*
ROBERT B. WEISER*
GERALD D. WELLS, III*
MARC I. WILLNER
ROBIN WINCHESTER*
MICHAEL K. YARNOFF* ●
ERIC L. ZAGAR
ANDREW L. ZIVITZ*

° ADMITTED IN MD
□ ADMITTED IN NJ
* ALSO ADMITTED IN CA

* ALSO ADMITTED IN DE
× ALSO ADMITTED IN IL
● ALSO ADMITTED IN NJ

▲ ALSO ADMITTED IN CT
* ALSO ADMITTED IN NY
▲ ALSO ADMITTED IN RI

## NOTICE TO PURCHASERS OF TITAN CORPORATION
## SECURITIES BETWEEN JULY 24, 2003 AND MARCH 22, 2004

This letter and the accompanying materials are being sent to persons who acquired shares of **Titan Corporation** (NYSE: TTN) between **July 24, 2003** and **March 22, 2004** (the "Class Period"), whether by purchase on the open market or in exchange for securities of other companies which were acquired by **Titan Corporation**

Schiffrin & Barroway, LLP represents the plaintiff in the enclosed class action complaint which has been filed on behalf of all persons who acquired shares of **Titan Corporation** during the Class Period. The firm prosecutes class actions on behalf of defrauded shareholders and has undertaken this litigation on a contingent fee basis and will only be paid its legal fees following Court approval of the result of the litigation.

If you wish to retain our firm, join the group of lead plaintiffs, and assure your participation in any recovery, please complete and execute the enclosed form of Certification and return it to us as promptly as possible by faxing it to 610-667-7056 or by mailing it to Schiffrin & Barroway, LLP, Three Bala Plaza East, Suite 400, Bala Cynwyd, PA 19004. **The motion for the appointment of lead plaintiffs must be made no later than June 5, 2004. Accordingly, please return the Certification by May 28, 2004.** Should you choose not to return the Certification, you may remain an absent class member, retain other counsel or take other steps to protect your rights.

Please feel free to contact us at our firm's toll free number (888) 299-7706 or via e-mail at info@sbclasslaw.com.

Very truly yours,

SCHIFFRIN & BARROWAY, LLP

By: _____
Marc A. Topaz

MAT/bs
Enclosures

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

I, (print name) _____ ("Plaintiff") declare, as to the claims asserted under the federal securities laws, that:

1.  Plaintiff has reviewed the Complaint and authorizes its filing.

2.  Plaintiff did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action.

3.  Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.  Plaintiff's transaction(s) in the **Titan Corporation (NYSE: TTN)** security that is the subject of this action during the Class Period is/are as follows[1]:

| No. of Shares | Buy/Sell | Date | Price Per Share |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

[1]List additional transactions on a separate sheet of paper, if necessary.

5.  Plaintiff has complete investment authority and is the agent and attorney-in-fact with full power and authority to bring a suit to recover for investment losses.

6.  During the three years prior to the date of this Certification, Plaintiff has sought to serve or served as a representative party or a class in the following actions filed under the federal securities laws (if none, so indicate):_____.

7.  Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _____ day of _____, 200__.

_____
Signature

_____
Print Name

_____
Address

_____
City, State, Zip

_____
Telephone Number (Daytime)

_____
Telephone Number (Evening)

_____
E-Mail Address

Yes / No (Circle)
Are you a current or former employee of the Company ?

_____
Current Employer