Jeffrey S. Abraham (JA-2946)
Lawrence D. Levit (LL-9507)
**ABRAHAM, FRUCHTER & TWERSKY, LLP**
One Penn Plaza, Suite 2805
New York, New York 10119
Tel: (212) 279-5050
Fax: (212) 279-3655
**Proposed Lead Counsel for Plaintiffs**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ X

VIVIAN AND LEONARD JUDELSON, as
Trustees of the VIVIAN JUDELSON
REVOCABLE TRUST DATED 10/9/95,
and VIVIAN S. JUDELSON CONTRIBUTORY
IRA, Individually and On Behalf of All Others
Similarly Situated,

      Plaintiffs,

 vs.

TARRAGON CORPORATION, WILLIAM S.
FRIEDMAN, ROBERT P. ROTHENBERG
and ERIN D. PICKENS,

      Defendants.
------------------------------------------------------------ X

HENRY NELSON, Individually and On Behalf
of All Others Similarly Situated,

      Plaintiff,

 vs.

TARRAGON CORPORATION, WILLIAM S.
FRIEDMAN, ROBERT P. ROTHENBERG
and ERIN DAVIS PICKENS,

      Defendants.

------------------------------------------------------------ X

ECF Case

Civil Action No. 07-7972

Civil Action No. 07-08438

------------------------------------------------------------- X
PAUL BERGER, Individually and On Behalf
of All Others Similarly Situated,

                              Plaintiffs,

vs.                                              Civil Action No. 07-8689

TARRAGON CORPORATION, WILLIAM S.
FRIEDMAN, ROBERT P. ROTHENBERG
and ERIN D. PICKENS,

                              Defendants.

------------------------------------------------------------- X

## CERTIFICATE OF SERVICE

The undersigned certifies that the following statement is true under penalty of perjury:

I am a member of the Bars of the State of New York and the United States District Court for the Southern District of New York. I am an attorney with the firm of Abraham Fruchter & Twersky LLP, for Plaintiff Paul Berger in the *Berger v. Tarragon Corp., et al* action. I am over the age of 18 and not a party to this action. I hereby certify under penalty of perjury that on November 28, 2007 I caused to be served a copy of the following documents:

      (i)      Memorandum of Law of Plaintiff Paul Berger In Opposition to Competing Motions for Appointment as Lead Plaintiff;

      (iii)    Affidavit of Jeffrey S. Abraham In Opposition to the Competing Motions for Appointment as Lead Plaintiff.

by postage pre-paid First Class US Mail on the following:

Ian Berg, Esq.
Schiffrin, Barroway, Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087

*Attorneys for the Judelson Plaintiffs*

Samuel Rudman, Esq.
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747

*Attorneys for Plaintiff Henry Nelson*

Eliot Lauer, Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178

*Attorneys for Defendants William S. Friedman, Robert P. Rothenberg and Erin Davis Pickins*

Michael A. Swick, Esq.
Kim E. Miller, Esq.
Kahn Gauthier Swick, LLC
12 East 41st Street, 12th Floor
New York, New York 10017

Lewis S. Kahn, Esq.
Kahn Gauthier Swick, LLC
650 Poydras St., Suite 2150
New Orleans, Louisiana 70130

*Attorneys for Plaintiff Pascual Rodriguez*

Lawrence D. Levit