**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------- x
VIVIAN AND LEONARD JUDELSON, as   : Civil Action No. 07-CIV-07972
Trustees of the VIVIAN JUDELSON    :
REVOCABLE TRUST DATED 10/9/95, et al., : CLASS ACTION
Individually and On Behalf of All Others :
Similarly Situated,                : NOTICE OF WITHDRAWAL OF
                                   : PLAINTIFF'S COUNSEL
            Plaintiffs,            :
                                   :
    vs.                            :
                                   :
TARRAGON CORPORATION, et al.,      :
                                   :
            Defendants.            :
---------------------------------------------- x

Application granted
SO ORDERED
[signature]
12-18-07

COURTESY COPY OF ECF DOCUMENT

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that plaintiff's counsel, Samuel H. Rudman, David A. Rosenfeld, Darren J. Robbins, David C. Walton and Catherine J. Kowalewski of Coughlin Stoia Geller Rudman & Robbins LLP hereby withdraw as counsel for plaintiff in this consolidated action. The class will continue to be represented by Court-appointed lead counsel, Abraham Fruchter & Twersky, LLP. Please remove Coughlin Stoia Geller Rudman & Robbins LLP from the docket as counsel of record, along with the above-named attorneys.

DATED: December 11, 2007

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD

s/ Samuel H. Rudman
SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
DARREN J. ROBBINS
DAVID C. WALTON
CATHERINE J. KOWALEWSKI
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
(619) 231-7423 (fax)

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I, Samuel H. Rudman, hereby certify that on December 11, 2007, I caused a true and correct copy of the attached:

Notice Of Withdrawal Of Plaintiff's Counsel

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to any additional counsel on the attached service list.

                                                    */s/ Samuel H. Rudman*
                                                     Samuel H. Rudman

TARRAGON
Service List - 11/28/2007  (07-0190)
Page 1 of 1

### Counsel For Defendant(s)

Eliot Lauer
Theresea A. Foudy
Daniel R. Marcus
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY  10178-0061
   212/696-6000
   212/697-1559(Fax)

Jayant W. Tambe
William J. Hine
Jones Day
222 East 41st Street
New York, NY  10017
   212/326-3939
   212/755-7306(Fax)

### Counsel For Plaintiff(s)

Jeffrey S. Abraham
Abraham, Fruchter & Twersky
One Pennsylvania Plaza, Suite 2805
New York, NY  10119
   212/279-5050
   212/279-3655(Fax)

Evan J. Smith
Brodsky & Smith, LLC
240 Mineola Blvd., 1st Floor
Mineola, NY  11501
   516/741-4977
   516/741-0626(Fax)

Samuel H. Rudman
David A. Rosenfeld
Mario Alba, Jr.
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
   631/367-7100
   631/367-1173(Fax)

Michael A. Swick
Kim E. Miller
Kahn Gauthier Swick, LLC
12 East 41st Street, 12th Floor
New York, NY  10017
   212/696-3730
   504/455-1498(Fax)

Richard A. Maniskas
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA  19087
   610/667-7706
   610/667-7056(Fax)