Eliot Lauer
Theresa A. Foudy
Daniel R. Marcus
CURTIS, MALLET-PREVOST, COLT
   & MOSLE LLP
101 Park Avenue
New York, New York 10178-0061
Tel: (212) 696-6000
Fax: (212) 697-1559

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                      :    07 Civ. 7972 (PKC)

In re TARRAGON CORPORATION           :
SECURITIES LITIGATION                        :    **NOTICE OF APPEARANCE**
                                                      :
-------------------------------------------------------------X

        PLEASE TAKE NOTICE that the undersigned hereby appears as counsel to defendants Tarragon Corporation, William S. Friedman, Robert P. Rothenberg, and Erin Davis Pickens.

Dated: New York, New York
          January 17, 2008

                                          CURTIS, MALLET-PREVOST,
                                          COLT & MOSLE LLP

                            By: _____/s/ Eliot Lauer / DRM_____
                                          Eliot Lauer
                                          Theresa A. Foudy
                                          Daniel R. Marcus
                                          101 Park Avenue
                                          New York, New York 10178-0061
                                          Tel: (212) 696-6000
                                          Fax: (212) 697-1559

                                          Attorneys for Defendants

4253248v1