Eliot Lauer
Theresa A. Foudy
Daniel R. Marcus
CURTIS, MALLET-PREVOST, COLT
  & MOSLE LLP
101 Park Avenue
New York, New York 10178-0061
Tel: (212) 696-6000
Fax: (212) 697-1559

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                     :    07 Civ. 7972 (PKC)

In re TARRAGON CORPORATION       :
SECURITIES LITIGATION                      :    **NOTICE OF APPEARANCE**

                                                     :
-----------------------------------------------------------X

       PLEASE TAKE NOTICE that the undersigned hereby appears as counsel to defendants Tarragon Corporation, William S. Friedman, Robert P. Rothenberg, and Erin Davis Pickens.

Dated: New York, New York
       January 17, 2008

                                            CURTIS, MALLET-PREVOST,
                                            COLT & MOSLE LLP

                              By: _____
                                       Eliot Lauer
                                       Theresa A. Foudy
                                       Daniel R. Marcus
                                       101 Park Avenue
                                       New York, New York 10178-0061
                                       Tel: (212) 696-6000
                                       Fax: (212) 697-1559

                                       Attorneys for Defendants

4253248v1