Eliot Lauer
Theresa A. Foudy
Daniel R. Marcus
CURTIS, MALLET-PREVOST, COLT
 & MOSLE LLP
101 Park Avenue
New York, New York 10178-0061
Tel: (212) 696-6000
Fax: (212) 697-1559

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
In re TARRAGON CORPORATION          :   07 Civ. 7972 (PKC)
SECURITIES LITIGATION                       :
                                                            :
                                                            :
------------------------------------------------------------X

## CORPORATE DISCLOSURE STATEMENT OF TARRAGON CORPORATION

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Tarragon Corporation hereby discloses that it has no parent corporation and no publicly-held corporation holds 10% or more of the stock of Tarragon Corporation.

Dated: New York, New York
       January 17, 2008

                                    CURTIS, MALLET-PREVOST,
                                    COLT & MOSLE LLP

                                    By: _____
                                        Eliot Lauer
                                        Theresa A. Foudy
                                        Daniel R. Marcus
                                        101 Park Avenue
                                        New York, New York 10178-0061
                                        Tel: (212) 696-6000
                                        Fax: (212) 697-1559

                                        Attorneys for Defendants

4253257v1