Eliot Lauer
Theresa A. Foudy
Daniel R. Marcus
CURTIS, MALLET-PREVOST, COLT
   & MOSLE LLP
101 Park Avenue
New York, New York 10178-0061
Tel: (212) 696-6000
Fax: (212) 697-1559

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                   :     07 Civ. 7972 (PKC)

In re TARRAGON CORPORATION           :
SECURITIES LITIGATION                 :     **NOTICE OF APPEARANCE**
                                                   :
------------------------------------------------------------X

        PLEASE TAKE NOTICE that the undersigned hereby appears as counsel to defendant Beachwold Partners, L.P.

Dated: New York, New York
       February 4, 2008

                                      CURTIS, MALLET-PREVOST,
                                      COLT & MOSLE LLP

                       By: _/s/ Eliot Lauer /DRM_
                                      Eliot Lauer
                                      Theresa A. Foudy
                                      Daniel R. Marcus
                                      101 Park Avenue
                                      New York, New York 10178-0061
                                      Tel: (212) 696-6000
                                      Fax: (212) 697-1559

                                      Attorneys for Defendants

4300789v1