Eliot Lauer
Theresa A. Foudy
Daniel R. Marcus
CURTIS, MALLET-PREVOST, COLT
    & MOSLE LLP
101 Park Avenue
New York, New York 10178-0061
Tel: (212) 696-6000
Fax: (212) 697-1559

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
In re TARRAGON CORPORATION         :     07 Civ. 7972 (PKC)
SECURITIES LITIGATION              :
                                                            :     **NOTICE OF APPEARANCE**
                                                            :
------------------------------------------------------------X

    PLEASE TAKE NOTICE that the undersigned hereby appears as counsel to

defendant Beachwold Partners, L.P.

Dated: New York, New York
   February 4, 2008

               CURTIS, MALLET-PREVOST,
                COLT & MOSLE LLP

           By: _____ /DRM
               Eliot Lauer
               Theresa A. Foudy
               Daniel R. Marcus
               101 Park Avenue
               New York, New York 10178-0061
               Tel: (212) 696-6000
               Fax: (212) 697-1559

               Attorneys for Defendants

4300789v1