Eliot Lauer
Theresa A. Foudy
Daniel R. Marcus
CURTIS, MALLET-PREVOST, COLT
 & MOSLE LLP
101 Park Avenue
New York, New York 10178-0061
Tel: (212) 696-6000
Fax: (212) 697-1559

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :   07 Civ. 7972 (PKC)
In re TARRAGON CORPORATION                                    :
SECURITIES LITIGATION                                         :   **NOTICE OF APPEARANCE**
                                                              :
                                                              :
-------------------------------------------------------------X

      PLEASE TAKE NOTICE that the undersigned hereby appears as counsel to defendant Beachwold Partners, L.P.

Dated: New York, New York
      February 4, 2008

                                        CURTIS, MALLET-PREVOST,
                                        COLT & MOSLE LLP

                           By: _____
                                       Eliot Lauer
                                       Theresa A. Foudy
                                       Daniel R. Marcus
                                       101 Park Avenue
                                       New York, New York 10178-0061
                                       Tel: (212) 696-6000
                                       Fax: (212) 697-1559

                                       Attorneys for Defendants

4300789v1