IN THE UNITED STATES DISTRICT COURT

| | |
|---|---|
| In Re Tarragon Corporation | |
| Securities Litigation | Case Number   07-7972 (PKC) |

### AFFIDAVIT OF SERVICE

I, Kevin Del Re, being first duly sworn on oath deposes and states that I am over the age of 18 years and not a party to this action, and on the 07 day of February, 2008, at 09:55 AM at 175 West Jackson Blvd., 20th Floor, Chicago, IL 60604, did serve the following document(s):

**Amended Summons and Complaint**

Upon: **Grant Thornton, LLP**

By:  ☒ Personally serving to:  Ms. M. McLemore - Receptionist

☐ leaving copies at the usual place of abode with:

a member of the household 13 years or upwards and informed that person of the contents thereof

☐ by mailing copies of said document(s) in a sealed envelope with postage fully prepaid to the defendant:

at 175 West Jackson Blvd., 20th Floor, Chicago, IL 60604 on

| Description: | Sex | Female | Race | Black | Approximate Age | 40 |
|---|---|---|---|---|---|---|
| | Height | 5'8" | Weight | 165 | Hair Color | Black |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

_____
Kevin Del Re
United Processing, Inc.
55 West Wacker Drive, 9th Floor
Chicago, IL 60601
IL License #117-001101