UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                       :   **Electronically Filed**
                                                       :
                                                       :   07 Civ. 7972 (PKC)
In re TARRAGON CORPORATION                             :
SECURITIES LITIGATION                                  :   **NOTICE OF APPEARANCE**
                                                       :
                                                       :
                                                       :
                                                       :
-------------------------------------------------------x

      PLEASE TAKE NOTICE THAT the undersigned counsel hereby enters her appearance for Defendant Grant Thornton LLP in the above-captioned action and demands that copies of all papers in this action be served upon the undersigned counsel at the address stated below.

      I certify that I am admitted to practice before this Court.

Dated: New York, New York
       February 26, 2008

                           WINSTON & STRAWN LLP

                               /s/
                         Jennifer L. Malin (JM-6963)
                         jmalin@winston.com

                         200 Park Avenue
                         New York, New York  10166
                         phone:  (212) 294-6700
                         facsimile: (212) 294-4700

                         *Attorneys for Defendant Grant Thornton LLP*

NY:1163970.1