UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
                                                          :      **Electronically Filed**
                                                          :
                                                          :      07 Civ. 7972 (PKC)
In re TARRAGON CORPORATION                                :
SECURITIES LITIGATION                                     :      **NOTICE OF APPEARANCE**
                                                          :
                                                          :
                                                          :
----------------------------------------------------------x

      PLEASE TAKE NOTICE THAT the undersigned counsel hereby enters his appearance for Defendant Grant Thornton LLP in the above-captioned action and demands that copies of all papers in this action be served upon the undersigned counsel at the address stated below.

      I certify that I am admitted to practice before this Court.

Dated: New York, New York
       February 26, 2008

                              WINSTON & STRAWN LLP

                                    /s/
                          Luke A. Connelly (LC-8462)
                          lconnelly@winston.com

                          200 Park Avenue
                          New York, New York  10166
                          phone: (212) 294-6700
                          facsimile: (212) 294-4700

                          *Attorneys for Defendant Grant Thornton LLP*

NY:1163970.1