UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                :    **Electronically Filed**

In re TARRAGON CORPORATION    :    07 Civ. 7972 (PKC)
SECURITIES LITIGATION             :
                                                :    **RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT <u>GRANT THRONTON LLP</u>**
-----------------------------------------------------------x

        Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Grant Thornton LLP certifies that Grant Thornton LLP is an Illinois limited liability partnership which does not have a parent company, and further certifies that there is no authorized or outstanding stock in Grant Thornton LLP.

Dated: New York, New York
       February 26, 2008

                                                               Respectfully submitted,

                                                               WINSTON & STRAWN LLP

                                                               _____/s/_____
                                                               Luke A. Connelly (LC-8462)
                                                               Jennifer L. Malin (JM-6963)
                                                               200 Park Avenue
                                                               New York, New York 10166
                                                               (212) 294-6700

                                                               Bradley E. Lerman
                                                               Linda T. Coberly
                                                               35 West Wacker Drive
                                                               Chicago, Illinois 60601
                                                               (312) 558-5600

                                                               *Attorneys for Defendant Grant Thornton LLP*

NY:1163970.1