Eliot Lauer
Theresa A. Foudy
Daniel R. Marcus
CURTIS, MALLET-PREVOST,
    COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178-0061
(212) 696-6000

*Attorneys for the Tarragon Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :    07 Civ. 7972 (PKC)
In re TARRAGON CORPORATION                                  :
SECURITIES LITIGATION                                       :    Oral Argument Requested
                                                            :
------------------------------------------------------------X


## NOTICE OF MOTION TO DISMISS
## AMENDED CLASS ACTION COMPLAINT

PLEASE TAKE NOTICE that, upon the annexed Declaration of Daniel R. Marcus, dated April 4, 2008, the exhibits thereto, the accompanying Memorandum of Law, and all prior pleadings and proceedings herein, Defendants Tarragon Corporation, William S. Friedman, Robert P. Rothenberg, Erin Davis Pickens, and Beachwold Partners, L.P., will move this Court at United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date to be set by the Court, for an order, pursuant to Fed. R. Civ. P. 12(b)(6), Fed. R. Civ. P 9(b), and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b)(1)-(3)(A),

dismissing the Amended Class Action Complaint for failure to state a claim and for failure to plead fraud with the requisite particularity, and for any further relief the Court deems just and proper.

Dated:  New York, New York
        April 4, 2008

                              Respectfully submitted,

                              CURTIS, MALLET-PREVOST,
                              COLT & MOSLE, LLP

                              By: _____
                                 Eliot Lauer
                                 Theresa A. Foudy
                                 Daniel R. Marcus
                              101 Park Avenue
                              New York, New York 10178-0061
                              (212) 696-6000

                              *Attorneys for the Tarragon Defendants*

To:  Jeffrey S. Abraham
     Abraham Fruchter & Twersky, L.L.P.
     One Penn Plaza
     Suite 2805
     New York, NY 10119
     212-279-5050
     212-279-3655 (fax)
     jabraham@aftlaw.com
     *Attorney for Lead Plaintiff*

     Jennifer Laurie Malin
     Luke A. Connelly
     Winston & Strawn LLP (NY)
     200 Park Avenue
     New York, NY 10166
     (212)-294-6622
     Fax: (212)-294-6700
     Email: jmalin@winston.com
     *Attorneys for Defendant Grant Thornton LLP*