# Exhibit B

## Tarragon Corporation - Adjusted Closing Stock Prices
## 1/5/2005 to 8/9/2007

| Date | Stock Price |
|---|---|
| 1/5/2005 | $14.59 |
| 1/6/2005 | $15.25 |
| 1/7/2005 | $15.47 |
| 1/10/2005 | $15.78 |
| 1/11/2005 | $15.95 |
| 1/12/2005 | $16.78 |
| 1/13/2005 | $16.67 |
| 1/14/2005 | $16.67 |
| 1/18/2005 | $17.29 |
| 1/19/2005 | $16.51 |
| 1/20/2005 | $16.24 |
| 1/21/2005 | $16.89 |
| 1/24/2005 | $16.74 |
| 1/25/2005 | $16.91 |
| 1/26/2005 | $17.58 |
| 1/27/2005 | $17.80 |
| 1/28/2005 | $18.10 |
| 1/31/2005 | $18.19 |
| 2/1/2005 | $18.96 |
| 2/2/2005 | $19.39 |
| 2/3/2005 | $19.60 |
| 2/4/2005 | $20.56 |
| 2/7/2005 | $20.82 |
| 2/8/2005 | $20.76 |
| 2/9/2005 | $20.52 |
| 2/10/2005 | $20.82 |
| 2/11/2005 | $20.40 |
| 2/14/2005 | $20.39 |
| 2/15/2005 | $20.65 |
| 2/16/2005 | $20.74 |
| 2/17/2005 | $20.96 |
| 2/18/2005 | $21.22 |
| 2/22/2005 | $20.96 |
| 2/23/2005 | $20.94 |
| 2/24/2005 | $21.64 |
| 2/25/2005 | $22.05 |
| 2/28/2005 | $21.66 |
| 3/1/2005 | $21.58 |
| 3/2/2005 | $21.59 |
| 3/3/2005 | $21.24 |
| 3/4/2005 | $21.64 |
| 3/7/2005 | $21.28 |
| 3/8/2005 | $21.63 |
| 3/9/2005 | $21.49 |
| 3/10/2005 | $22.35 |
| 3/11/2005 | $23.01 |
| 3/14/2005 | $23.38 |
| 3/15/2005 | $23.51 |
| 3/16/2005 | $23.67 |
| 3/17/2005 | $22.88 |
| 3/18/2005 | $22.36 |
| 3/21/2005 | $21.47 |

# Tarragon Corporation - Adjusted Closing Stock Prices
## 1/5/2005 to 8/9/2007

| Date | Stock Price |
|---|---|
| 3/22/2005 | $20.61 |
| 3/23/2005 | $19.38 |
| 3/24/2005 | $19.95 |
| 3/28/2005 | $19.90 |
| 3/29/2005 | $19.87 |
| 3/30/2005 | $19.95 |
| 3/31/2005 | $20.08 |
| 4/1/2005 | $20.09 |
| 4/4/2005 | $20.09 |
| 4/5/2005 | $20.07 |
| 4/6/2005 | $19.90 |
| 4/7/2005 | $19.87 |
| 4/8/2005 | $19.58 |
| 4/11/2005 | $19.46 |
| 4/12/2005 | $19.72 |
| 4/13/2005 | $19.10 |
| 4/14/2005 | $18.14 |
| 4/15/2005 | $17.96 |
| 4/18/2005 | $18.07 |
| 4/19/2005 | $18.07 |
| 4/20/2005 | $17.56 |
| 4/21/2005 | $17.69 |
| 4/22/2005 | $17.75 |
| 4/25/2005 | $17.92 |
| 4/26/2005 | $18.88 |
| 4/27/2005 | $19.00 |
| 4/28/2005 | $19.34 |
| 4/29/2005 | $19.69 |
| 5/2/2005 | $19.56 |
| 5/3/2005 | $19.35 |
| 5/4/2005 | $19.70 |
| 5/5/2005 | $19.84 |
| 5/6/2005 | $20.36 |
| 5/9/2005 | $21.05 |
| 5/10/2005 | $21.73 |
| 5/11/2005 | $22.07 |
| 5/12/2005 | $21.88 |
| 5/13/2005 | $22.11 |
| 5/16/2005 | $21.66 |
| 5/17/2005 | $21.35 |
| 5/18/2005 | $22.41 |
| 5/19/2005 | $22.19 |
| 5/20/2005 | $22.07 |
| 5/23/2005 | $21.82 |
| 5/24/2005 | $21.84 |
| 5/25/2005 | $21.78 |
| 5/26/2005 | $22.09 |
| 5/27/2005 | $22.25 |
| 5/31/2005 | $21.80 |
| 6/1/2005 | $21.79 |
| 6/2/2005 | $21.74 |
| 6/3/2005 | $21.59 |

# Tarragon Corporation - Adjusted Closing Stock Prices
# 1/5/2005 to 8/9/2007

| Date | Stock Price |
|---|---|
| 6/6/2005 | $21.60 |
| 6/7/2005 | $21.59 |
| 6/8/2005 | $21.62 |
| 6/9/2005 | $21.63 |
| 6/10/2005 | $21.59 |
| 6/13/2005 | $21.80 |
| 6/14/2005 | $22.14 |
| 6/15/2005 | $22.35 |
| 6/16/2005 | $22.33 |
| 6/17/2005 | $22.91 |
| 6/20/2005 | $22.69 |
| 6/21/2005 | $22.90 |
| 6/22/2005 | $23.24 |
| 6/23/2005 | $22.63 |
| 6/24/2005 | $22.31 |
| 6/27/2005 | $23.43 |
| 6/28/2005 | $24.81 |
| 6/29/2005 | $24.32 |
| 6/30/2005 | $25.12 |
| 7/1/2005 | $24.76 |
| 7/5/2005 | $25.09 |
| 7/6/2005 | $25.19 |
| 7/7/2005 | $26.05 |
| 7/8/2005 | $26.09 |
| 7/11/2005 | $25.90 |
| 7/12/2005 | $25.50 |
| 7/13/2005 | $24.70 |
| 7/14/2005 | $24.10 |
| 7/15/2005 | $23.86 |
| 7/18/2005 | $25.07 |
| 7/19/2005 | $26.13 |
| 7/20/2005 | $26.09 |
| 7/21/2005 | $25.89 |
| 7/22/2005 | $26.76 |
| 7/25/2005 | $26.38 |
| 7/26/2005 | $26.21 |
| 7/27/2005 | $25.98 |
| 7/28/2005 | $26.07 |
| 7/29/2005 | $25.33 |
| 8/1/2005 | $24.63 |
| 8/2/2005 | $24.83 |
| 8/3/2005 | $24.44 |
| 8/4/2005 | $23.84 |
| 8/5/2005 | $23.56 |
| 8/8/2005 | $23.67 |
| 8/9/2005 | $22.92 |
| 8/10/2005 | $21.19 |
| 8/11/2005 | $21.15 |
| 8/12/2005 | $20.95 |
| 8/15/2005 | $22.01 |
| 8/16/2005 | $23.13 |
| 8/17/2005 | $22.66 |

Source: http://finance.yahoo.com/q/hp?s=TARR        3

# Tarragon Corporation - Adjusted Closing Stock Prices
# 1/5/2005 to 8/9/2007

| Date | Stock Price |
|---|---|
| 8/18/2005 | $22.37 |
| 8/19/2005 | $21.65 |
| 8/22/2005 | $21.68 |
| 8/23/2005 | $20.94 |
| 8/24/2005 | $20.89 |
| 8/25/2005 | $20.88 |
| 8/26/2005 | $20.89 |
| 8/29/2005 | $20.76 |
| 8/30/2005 | $21.24 |
| 8/31/2005 | $22.02 |
| 9/1/2005 | $21.65 |
| 9/2/2005 | $21.04 |
| 9/6/2005 | $21.19 |
| 9/7/2005 | $21.02 |
| 9/8/2005 | $20.49 |
| 9/9/2005 | $19.87 |
| 9/12/2005 | $19.67 |
| 9/13/2005 | $19.33 |
| 9/14/2005 | $19.23 |
| 9/15/2005 | $19.00 |
| 9/16/2005 | $18.64 |
| 9/19/2005 | $18.06 |
| 9/20/2005 | $17.61 |
| 9/21/2005 | $17.64 |
| 9/22/2005 | $17.71 |
| 9/23/2005 | $17.76 |
| 9/26/2005 | $17.79 |
| 9/27/2005 | $17.61 |
| 9/28/2005 | $17.77 |
| 9/29/2005 | $18.01 |
| 9/30/2005 | $18.46 |
| 10/3/2005 | $18.92 |
| 10/4/2005 | $18.64 |
| 10/5/2005 | $18.41 |
| 10/6/2005 | $18.19 |
| 10/7/2005 | $18.89 |
| 10/10/2005 | $18.68 |
| 10/11/2005 | $18.68 |
| 10/12/2005 | $18.40 |
| 10/13/2005 | $18.30 |
| 10/14/2005 | $18.50 |
| 10/17/2005 | $18.34 |
| 10/18/2005 | $17.97 |
| 10/19/2005 | $18.01 |
| 10/20/2005 | $17.73 |
| 10/21/2005 | $18.19 |
| 10/24/2005 | $19.06 |
| 10/25/2005 | $18.46 |
| 10/26/2005 | $18.25 |
| 10/27/2005 | $17.51 |
| 10/28/2005 | $18.55 |
| 10/31/2005 | $18.66 |

# Tarragon Corporation - Adjusted Closing Stock Prices
## 1/5/2005 to 8/9/2007

| Date | Stock Price |
|---|---|
| 11/1/2005 | $18.44 |
| 11/2/2005 | $19.40 |
| 11/3/2005 | $19.90 |
| 11/4/2005 | $19.37 |
| 11/7/2005 | $19.71 |
| 11/8/2005 | $18.41 |
| 11/9/2005 | $20.07 |
| 11/10/2005 | $20.33 |
| 11/11/2005 | $20.82 |
| 11/14/2005 | $20.48 |
| 11/15/2005 | $20.24 |
| 11/16/2005 | $19.80 |
| 11/17/2005 | $19.72 |
| 11/18/2005 | $19.69 |
| 11/21/2005 | $19.95 |
| 11/22/2005 | $20.39 |
| 11/23/2005 | $20.50 |
| 11/25/2005 | $20.43 |
| 11/28/2005 | $20.25 |
| 11/29/2005 | $20.30 |
| 11/30/2005 | $19.77 |
| 12/1/2005 | $20.68 |
| 12/2/2005 | $20.56 |
| 12/5/2005 | $20.47 |
| 12/6/2005 | $20.74 |
| 12/7/2005 | $20.47 |
| 12/8/2005 | $20.50 |
| 12/9/2005 | $20.57 |
| 12/12/2005 | $20.58 |
| 12/13/2005 | $21.00 |
| 12/14/2005 | $21.09 |
| 12/15/2005 | $21.09 |
| 12/16/2005 | $21.67 |
| 12/19/2005 | $20.93 |
| 12/20/2005 | $20.88 |
| 12/21/2005 | $20.61 |
| 12/22/2005 | $20.78 |
| 12/23/2005 | $20.75 |
| 12/27/2005 | $20.51 |
| 12/28/2005 | $20.46 |
| 12/29/2005 | $20.59 |
| 12/30/2005 | $20.51 |
| 1/3/2006 | $21.27 |
| 1/4/2006 | $21.08 |
| 1/5/2006 | $21.00 |
| 1/6/2006 | $20.79 |
| 1/9/2006 | $20.77 |
| 1/10/2006 | $20.84 |
| 1/11/2006 | $20.35 |
| 1/12/2006 | $20.39 |
| 1/13/2006 | $20.72 |
| 1/17/2006 | $20.38 |

Source: http://finance.yahoo.com/q/hp?s=TARR        5

# Tarragon Corporation - Adjusted Closing Stock Prices
## 1/5/2005 to 8/9/2007

| Date | Stock Price |
|---|---|
| 1/18/2006 | $20.31 |
| 1/19/2006 | $20.39 |
| 1/20/2006 | $20.22 |
| 1/23/2006 | $20.27 |
| 1/24/2006 | $20.32 |
| 1/25/2006 | $20.09 |
| 1/26/2006 | $20.24 |
| 1/27/2006 | $20.30 |
| 1/30/2006 | $20.23 |
| 1/31/2006 | $20.29 |
| 2/1/2006 | $20.28 |
| 2/2/2006 | $19.82 |
| 2/3/2006 | $19.69 |
| 2/6/2006 | $20.09 |
| 2/7/2006 | $19.67 |
| 2/8/2006 | $19.89 |
| 2/9/2006 | $19.55 |
| 2/10/2006 | $19.58 |
| 2/13/2006 | $19.12 |
| 2/14/2006 | $19.11 |
| 2/15/2006 | $19.12 |
| 2/16/2006 | $19.64 |
| 2/17/2006 | $19.36 |
| 2/21/2006 | $19.01 |
| 2/22/2006 | $19.44 |
| 2/23/2006 | $19.79 |
| 2/24/2006 | $19.86 |
| 2/27/2006 | $19.71 |
| 2/28/2006 | $19.23 |
| 3/1/2006 | $19.77 |
| 3/2/2006 | $19.26 |
| 3/3/2006 | $19.55 |
| 3/6/2006 | $18.78 |
| 3/7/2006 | $19.06 |
| 3/8/2006 | $18.75 |
| 3/9/2006 | $18.15 |
| 3/10/2006 | $18.10 |
| 3/13/2006 | $18.30 |
| 3/14/2006 | $18.77 |
| 3/15/2006 | $19.40 |
| 3/16/2006 | $19.35 |
| 3/17/2006 | $19.15 |
| 3/20/2006 | $19.60 |
| 3/21/2006 | $19.61 |
| 3/22/2006 | $19.67 |
| 3/23/2006 | $19.80 |
| 3/24/2006 | $19.94 |
| 3/27/2006 | $19.84 |
| 3/28/2006 | $19.70 |
| 3/29/2006 | $19.85 |
| 3/30/2006 | $19.56 |
| 3/31/2006 | $19.80 |

# Tarragon Corporation - Adjusted Closing Stock Prices
# 1/5/2005 to 8/9/2007

| Date | Stock Price |
|---|---|
| 4/3/2006 | $18.96 |
| 4/4/2006 | $18.61 |
| 4/5/2006 | $18.94 |
| 4/6/2006 | $18.97 |
| 4/7/2006 | $18.92 |
| 4/10/2006 | $19.09 |
| 4/11/2006 | $18.68 |
| 4/12/2006 | $18.42 |
| 4/13/2006 | $18.03 |
| 4/17/2006 | $17.52 |
| 4/18/2006 | $18.00 |
| 4/19/2006 | $17.95 |
| 4/20/2006 | $17.91 |
| 4/21/2006 | $18.03 |
| 4/24/2006 | $17.91 |
| 4/25/2006 | $17.51 |
| 4/26/2006 | $17.98 |
| 4/27/2006 | $17.63 |
| 4/28/2006 | $17.92 |
| 5/1/2006 | $17.73 |
| 5/2/2006 | $17.68 |
| 5/3/2006 | $17.95 |
| 5/4/2006 | $17.81 |
| 5/5/2006 | $17.96 |
| 5/8/2006 | $17.55 |
| 5/9/2006 | $17.51 |
| 5/10/2006 | $17.30 |
| 5/11/2006 | $16.48 |
| 5/12/2006 | $16.37 |
| 5/15/2006 | $16.22 |
| 5/16/2006 | $16.55 |
| 5/17/2006 | $16.77 |
| 5/18/2006 | $16.36 |
| 5/19/2006 | $16.26 |
| 5/22/2006 | $16.16 |
| 5/23/2006 | $16.05 |
| 5/24/2006 | $15.71 |
| 5/25/2006 | $15.39 |
| 5/26/2006 | $15.46 |
| 5/30/2006 | $15.40 |
| 5/31/2006 | $15.27 |
| 6/1/2006 | $15.08 |
| 6/2/2006 | $14.85 |
| 6/5/2006 | $14.50 |
| 6/6/2006 | $14.10 |
| 6/7/2006 | $14.05 |
| 6/8/2006 | $13.93 |
| 6/9/2006 | $13.80 |
| 6/12/2006 | $13.16 |
| 6/13/2006 | $12.72 |
| 6/14/2006 | $12.71 |
| 6/15/2006 | $13.16 |

# Tarragon Corporation - Adjusted Closing Stock Prices
## 1/5/2005 to 8/9/2007

| Date | Stock Price |
|---|---|
| 6/16/2006 | $13.20 |
| 6/19/2006 | $13.25 |
| 6/20/2006 | $13.12 |
| 6/21/2006 | $13.30 |
| 6/22/2006 | $13.24 |
| 6/23/2006 | $13.36 |
| 6/26/2006 | $13.77 |
| 6/27/2006 | $13.57 |
| 6/28/2006 | $13.55 |
| 6/29/2006 | $13.99 |
| 6/30/2006 | $13.85 |
| 7/3/2006 | $13.88 |
| 7/5/2006 | $13.75 |
| 7/6/2006 | $14.30 |
| 7/7/2006 | $13.94 |
| 7/10/2006 | $13.86 |
| 7/11/2006 | $14.02 |
| 7/12/2006 | $13.68 |
| 7/13/2006 | $12.59 |
| 7/14/2006 | $12.53 |
| 7/17/2006 | $12.83 |
| 7/18/2006 | $13.02 |
| 7/19/2006 | $13.51 |
| 7/20/2006 | $13.20 |
| 7/21/2006 | $12.96 |
| 7/24/2006 | $13.03 |
| 7/25/2006 | $13.14 |
| 7/26/2006 | $13.26 |
| 7/27/2006 | $13.00 |
| 7/28/2006 | $13.07 |
| 7/31/2006 | $12.99 |
| 8/1/2006 | $12.61 |
| 8/2/2006 | $12.71 |
| 8/3/2006 | $13.01 |
| 8/4/2006 | $12.83 |
| 8/7/2006 | $12.63 |
| 8/8/2006 | $11.97 |
| 8/9/2006 | $10.30 |
| 8/10/2006 | $10.50 |
| 8/11/2006 | $9.95 |
| 8/14/2006 | $9.52 |
| 8/15/2006 | $9.36 |
| 8/16/2006 | $9.64 |
| 8/17/2006 | $9.75 |
| 8/18/2006 | $9.51 |
| 8/21/2006 | $9.21 |
| 8/22/2006 | $9.57 |
| 8/23/2006 | $9.26 |
| 8/24/2006 | $10.78 |
| 8/25/2006 | $10.03 |
| 8/28/2006 | $10.35 |
| 8/29/2006 | $10.30 |

# Tarragon Corporation - Adjusted Closing Stock Prices
# 1/5/2005 to 8/9/2007

| Date | Stock Price |
|---|---|
| 8/30/2006 | $10.46 |
| 8/31/2006 | $11.09 |
| 9/1/2006 | $11.37 |
| 9/5/2006 | $11.50 |
| 9/6/2006 | $10.74 |
| 9/7/2006 | $10.65 |
| 9/8/2006 | $10.52 |
| 9/11/2006 | $10.46 |
| 9/12/2006 | $10.82 |
| 9/13/2006 | $10.87 |
| 9/14/2006 | $10.67 |
| 9/15/2006 | $10.09 |
| 9/18/2006 | $10.08 |
| 9/19/2006 | $10.05 |
| 9/20/2006 | $10.00 |
| 9/21/2006 | $9.89 |
| 9/22/2006 | $9.49 |
| 9/25/2006 | $10.20 |
| 9/26/2006 | $11.00 |
| 9/27/2006 | $10.62 |
| 9/28/2006 | $10.50 |
| 9/29/2006 | $10.41 |
| 10/2/2006 | $10.03 |
| 10/3/2006 | $10.18 |
| 10/4/2006 | $10.15 |
| 10/5/2006 | $10.25 |
| 10/6/2006 | $10.14 |
| 10/9/2006 | $10.26 |
| 10/10/2006 | $10.18 |
| 10/11/2006 | $10.24 |
| 10/12/2006 | $11.38 |
| 10/13/2006 | $11.24 |
| 10/16/2006 | $11.85 |
| 10/17/2006 | $11.50 |
| 10/18/2006 | $11.34 |
| 10/19/2006 | $11.33 |
| 10/20/2006 | $11.15 |
| 10/23/2006 | $11.14 |
| 10/24/2006 | $11.50 |
| 10/25/2006 | $11.70 |
| 10/26/2006 | $11.50 |
| 10/27/2006 | $11.28 |
| 10/30/2006 | $11.26 |
| 10/31/2006 | $11.38 |
| 11/1/2006 | $11.11 |
| 11/2/2006 | $11.02 |
| 11/3/2006 | $11.09 |
| 11/6/2006 | $10.99 |
| 11/7/2006 | $10.99 |
| 11/8/2006 | $10.95 |
| 11/9/2006 | $10.22 |
| 11/10/2006 | $9.36 |

# Tarragon Corporation - Adjusted Closing Stock Prices
# 1/5/2005 to 8/9/2007

| Date | Stock Price |
| --- | --- |
| 11/13/2006 | $10.72 |
| 11/14/2006 | $11.07 |
| 11/15/2006 | $11.03 |
| 11/16/2006 | $10.99 |
| 11/17/2006 | $11.62 |
| 11/20/2006 | $11.92 |
| 11/21/2006 | $12.32 |
| 11/22/2006 | $12.68 |
| 11/24/2006 | $12.54 |
| 11/27/2006 | $11.85 |
| 11/28/2006 | $11.66 |
| 11/29/2006 | $12.04 |
| 11/30/2006 | $12.49 |
| 12/1/2006 | $11.71 |
| 12/4/2006 | $11.27 |
| 12/5/2006 | $11.55 |
| 12/6/2006 | $11.72 |
| 12/7/2006 | $12.03 |
| 12/8/2006 | $11.89 |
| 12/11/2006 | $12.22 |
| 12/12/2006 | $12.09 |
| 12/13/2006 | $11.79 |
| 12/14/2006 | $12.13 |
| 12/15/2006 | $12.47 |
| 12/18/2006 | $12.23 |
| 12/19/2006 | $11.95 |
| 12/20/2006 | $12.40 |
| 12/21/2006 | $12.63 |
| 12/22/2006 | $12.51 |
| 12/26/2006 | $12.43 |
| 12/27/2006 | $12.32 |
| 12/28/2006 | $12.23 |
| 12/29/2006 | $12.17 |
| 1/3/2007 | $11.64 |
| 1/4/2007 | $11.60 |
| 1/5/2007 | $11.11 |
| 1/8/2007 | $11.68 |
| 1/9/2007 | $11.25 |
| 1/10/2007 | $11.22 |
| 1/11/2007 | $11.43 |
| 1/12/2007 | $11.48 |
| 1/16/2007 | $11.34 |
| 1/17/2007 | $11.39 |
| 1/18/2007 | $11.38 |
| 1/19/2007 | $11.67 |
| 1/22/2007 | $11.21 |
| 1/23/2007 | $11.26 |
| 1/24/2007 | $11.40 |
| 1/25/2007 | $11.12 |
| 1/26/2007 | $11.29 |
| 1/29/2007 | $11.35 |
| 1/30/2007 | $11.36 |

# Tarragon Corporation - Adjusted Closing Stock Prices
# 1/5/2005 to 8/9/2007

| Date | Stock Price |
|---|---|
| 1/31/2007 | $11.42 |
| 2/1/2007 | $11.56 |
| 2/2/2007 | $11.65 |
| 2/5/2007 | $11.40 |
| 2/6/2007 | $11.63 |
| 2/7/2007 | $11.71 |
| 2/8/2007 | $11.67 |
| 2/9/2007 | $11.63 |
| 2/12/2007 | $11.64 |
| 2/13/2007 | $11.61 |
| 2/14/2007 | $11.72 |
| 2/15/2007 | $12.01 |
| 2/16/2007 | $12.49 |
| 2/20/2007 | $12.49 |
| 2/21/2007 | $12.47 |
| 2/22/2007 | $12.61 |
| 2/23/2007 | $12.77 |
| 2/26/2007 | $13.45 |
| 2/27/2007 | $13.10 |
| 2/28/2007 | $13.12 |
| 3/1/2007 | $12.78 |
| 3/2/2007 | $12.84 |
| 3/5/2007 | $12.05 |
| 3/6/2007 | $11.85 |
| 3/7/2007 | $11.67 |
| 3/8/2007 | $11.26 |
| 3/9/2007 | $11.17 |
| 3/12/2007 | $10.57 |
| 3/13/2007 | $9.96 |
| 3/14/2007 | $9.96 |
| 3/15/2007 | $10.20 |
| 3/16/2007 | $9.89 |
| 3/19/2007 | $10.25 |
| 3/20/2007 | $10.07 |
| 3/21/2007 | $10.61 |
| 3/22/2007 | $10.35 |
| 3/23/2007 | $10.49 |
| 3/26/2007 | $10.23 |
| 3/27/2007 | $10.44 |
| 3/28/2007 | $10.36 |
| 3/29/2007 | $10.50 |
| 3/30/2007 | $10.37 |
| 4/2/2007 | $10.48 |
| 4/3/2007 | $10.47 |
| 4/4/2007 | $9.96 |
| 4/5/2007 | $10.09 |
| 4/9/2007 | $9.88 |
| 4/10/2007 | $9.80 |
| 4/11/2007 | $9.77 |
| 4/12/2007 | $9.95 |
| 4/13/2007 | $9.31 |
| 4/16/2007 | $9.32 |

# Tarragon Corporation - Adjusted Closing Stock Prices
# 1/5/2005 to 8/9/2007

| Date | Stock Price |
|---|---|
| 4/17/2007 | $9.30 |
| 4/18/2007 | $9.29 |
| 4/19/2007 | $9.21 |
| 4/20/2007 | $9.84 |
| 4/23/2007 | $9.79 |
| 4/24/2007 | $9.81 |
| 4/25/2007 | $10.20 |
| 4/26/2007 | $10.12 |
| 4/27/2007 | $10.10 |
| 4/30/2007 | $10.01 |
| 5/1/2007 | $10.05 |
| 5/2/2007 | $10.15 |
| 5/3/2007 | $10.07 |
| 5/4/2007 | $10.04 |
| 5/7/2007 | $9.96 |
| 5/8/2007 | $9.95 |
| 5/9/2007 | $9.86 |
| 5/10/2007 | $9.78 |
| 5/11/2007 | $9.86 |
| 5/14/2007 | $9.84 |
| 5/15/2007 | $9.85 |
| 5/16/2007 | $9.91 |
| 5/17/2007 | $9.68 |
| 5/18/2007 | $9.73 |
| 5/21/2007 | $9.94 |
| 5/22/2007 | $10.25 |
| 5/23/2007 | $10.34 |
| 5/24/2007 | $9.97 |
| 5/25/2007 | $10.03 |
| 5/29/2007 | $10.49 |
| 5/30/2007 | $10.36 |
| 5/31/2007 | $10.35 |
| 6/1/2007 | $10.51 |
| 6/4/2007 | $10.52 |
| 6/5/2007 | $10.53 |
| 6/6/2007 | $10.64 |
| 6/7/2007 | $10.41 |
| 6/8/2007 | $10.49 |
| 6/11/2007 | $10.46 |
| 6/12/2007 | $10.19 |
| 6/13/2007 | $10.26 |
| 6/14/2007 | $10.32 |
| 6/15/2007 | $10.49 |
| 6/18/2007 | $10.33 |
| 6/19/2007 | $10.20 |
| 6/20/2007 | $9.90 |
| 6/21/2007 | $9.81 |
| 6/22/2007 | $9.69 |
| 6/25/2007 | $9.50 |
| 6/26/2007 | $9.29 |
| 6/27/2007 | $9.22 |
| 6/28/2007 | $8.52 |

# Tarragon Corporation - Adjusted Closing Stock Prices
## 1/5/2005 to 8/9/2007

| Date | Stock Price |
|---|---|
| 6/29/2007 | $8.46 |
| 7/2/2007 | $8.89 |
| 7/3/2007 | $9.05 |
| 7/5/2007 | $9.03 |
| 7/6/2007 | $9.00 |
| 7/9/2007 | $8.25 |
| 7/10/2007 | $7.85 |
| 7/11/2007 | $7.54 |
| 7/12/2007 | $8.04 |
| 7/13/2007 | $7.97 |
| 7/16/2007 | $7.98 |
| 7/17/2007 | $8.21 |
| 7/18/2007 | $7.92 |
| 7/19/2007 | $7.88 |
| 7/20/2007 | $7.47 |
| 7/23/2007 | $7.49 |
| 7/24/2007 | $6.32 |
| 7/25/2007 | $5.84 |
| 7/26/2007 | $4.90 |
| 7/27/2007 | $4.11 |
| 7/30/2007 | $4.46 |
| 7/31/2007 | $4.05 |
| 8/1/2007 | $3.96 |
| 8/2/2007 | $4.36 |
| 8/3/2007 | $3.80 |
| 8/6/2007 | $3.38 |
| 8/7/2007 | $2.76 |
| 8/8/2007 | $2.82 |
| 8/9/2007 | $0.94 |