# EXHIBIT D

**Table of Contents**

\

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
## Washington, D.C. 20549

## FORM 10-K

### ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended     December 31, 2006

Commission File Number 0-22999

# Tarragon Corporation

(Exact name of registrant as specified in its charter)

| Nevada | 94-2432628 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

| 423 West 55th Street, 12th Floor, New York, NY | 10019 |
|---|---|
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code (212) 949-5000

Securities registered pursuant to Section 12 (b) of the Act:

| Title of each class | Name of each exchange on which registered |
|---|---|
| Common Stock, $.01 par value | The NASDAQ Stock Market LLC |

Securities registered pursuant to Section 12 (g) of the Act:
10% Cumulative Preferred Stock, $.01 par value
(Title of class)

   Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities
Act.
Yes          No

   Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the
Act.
Yes          No

   Indicate by check mark whether the Registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports) and (2) has been subject to such filing requirements for

Case 1:07-cv-07972-PKC    Document 49-5    Filed 05/16/2008    Page 3 of 4

e10vk                                                                                    http://www.sec.gov/Archives/edgar/data/1038217/000095013407007...

Table of Contents

## TARRAGON CORPORATION
## CONSOLIDATED STATEMENTS OF INCOME
(Dollars in Thousands, Except Per Share Data)

|  | For the Years Ended December 31, | | |
|---|---:|---:|---:|
|  | 2006 | 2005 | 2004 |
| **Revenue** | | | |
| Homebuilding sales | $444,276 | $504,722 | $220,465 |
| Rental and other (including $225 in 2006, $10 in 2005, and $14 in 2004 from affiliates) | 100,608 | 90,377 | 81,779 |
|  | 544,884 | 595,099 | 302,244 |
| **Expenses** | | | |
| Cost of homebuilding sales (including interest of $24.2 million in 2006, $20 million in 2005, and $8.7 million in 2004; impairment charges of $19 million in 2006, none in 2005 and 2004; and development salaries, marketing, and selling costs of $23.4 million in 2006, $22.4 million in 2005, and $13.8 million in 2004) | 396,507 | 394,999 | 175,279 |
| Property operations | 52,280 | 43,913 | 40,165 |
| Depreciation | 18,268 | 14,622 | 17,246 |
| Provision for estimated losses | — | 1,628 | — |
| Impairment charges | 2,721 | — | 733 |
| General and administrative | | | |
| Corporate | 33,320 | 21,045 | 16,579 |
| Property | 5,269 | 5,072 | 4,359 |
|  | 508,365 | 481,279 | 254,361 |
| **Other income and expenses** | | | |
| Equity in income of partnerships and joint ventures | 17,166 | 29,603 | 15,193 |
| Minority interests in income of consolidated partnerships and joint ventures | (4,748) | (10,071) | (5,976) |
| Interest income (including $250 in 2006, $242 in 2005, and $332 in 2004 from affiliates) | 854 | 995 | 728 |
| Interest expense (including $602 in 2006, $49 in 2005, and $12 in 2004 to affiliates) | (47,432) | (27,910) | (26,017) |
| Gain on sale of real estate | 1,148 | 3,808 | 378 |
| Gain (loss) on disposition of other assets | — | (300) | 2,075 |
| Loss on extinguishment of debt | (4,218) | (34,771) | (213) |
| Litigation, settlements, and other claims | — | (1,214) | (250) |
| Income (loss) from continuing operations before income taxes | (711) | 73,960 | 33,801 |
| Income tax (expense) benefit | (326) | (28,142) | 1,689 |
| Income (loss) from continuing operations | (1,037) | 45,818 | 35,490 |
| Discontinued operations, net of income taxes ($7.6 million in 2006, $26.2 million in 2005, and $7 million in 2004) | | | |
| Income (loss) from operations | (141) | 971 | (119) |
| Gain on sale of real estate | 12,331 | 41,709 | 10,950 |
| Cumulative effect of change in accounting principle | — | — | (16,803) |
| Net income | 11,153 | 88,498 | 29,518 |
| Dividends on cumulative preferred stock | (971) | (899) | (904) |

| | | | |
|---|---|---|---|
| Net income allocable to common stockholders | $ 10,182 | $ 87,599 | $ 28,614 |

The accompanying notes are an integral part of these Consolidated Financial Statements.

74