# EXHIBIT K





Print